## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

SALVADOR CARUSO,  
        Plaintiff,

v.

HERCULES MACHINE TOOL  
AND DIE, L.L.C.,

        Defendant.

CASE NO. 21-CV-10636

HON. GEORGE CARAM STEEH

MAG. KIMBERLY G. ALTMAN

| | |
|---|---|
| Carla D. Aikens  (P69530) | Michael A. Chichester, Jr.  (P70823) |
| Connor B. Gallagher  (P82l04) | Saniya Khare  (P83020) |
| CARLA D. AIKENS, P.C. | LITTLER MENDELSON, P.C. |
| 615 Griswold, Suite 709 | 200 Renaissance Center, Suite 3110 |
| Detroit, Michigan 48226 | Detroit, Michigan 48243 |
| (844) 835-2993 | (313) 446-6400 |
| carla@aikenslawfirm.com | mchichester@littler.com |
| connor@aikenslawfirm.com | skhare@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, having stipulated to the entry of an Order dismissing this case with prejudice and without costs or fees, and the Court being otherwise fully-advised in the premises;

IT IS HEREBY ORDERED that this matter is Dismissed with Prejudice and without fees or costs as to any Party.

IT IS FUTHER ORDERED that the Court will retain jurisdiction for purposes of enforcing the Parties' resolution.

SO ORDERED.

Dated: January 3, 2022

s/George Caram Steeh
HON. GEORGE CARAM STEEH
United States District Judge

SO STIPULATED:

| | |
|---|---|
| */s/ Carla D. Aikens*(*w/consent*) | */s/ Michael A. Chichester, Jr.* |
| Carla D. Aikens (P69530) | Michael A. Chichester, Jr. (P70823) |
| CARLA D. AIKENS, P.C. | LITTLER MENDELSON P.C. |
| 615 Griswold, Suite 709 | 200 Renaissance Center, Suite 3110 |
| Detroit, Michigan 48226 | Detroit, Michigan 48243 |
| (844) 835-2993 | (313) 446-6400 |
| carla@aikenslawfirm.com | mchichester@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: December 22, 2021 | Dated: December 22, 2021 |

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on December 22, 2021, via:

|  |  |  |  |
|---|---|---|---|
| _____ | U. S. Mail | _____ | Facsimile |
| _____ | ECF Filing | _____ | Hand Delivery |
| __X__ | E-Mail | _____ | Federal Express |

*/s/ Michael A. Chichester, Jr.*
Michael A. Chichester, Jr.

3